# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILKINSON LANGHORNE** | : | |
| **LIMITED PARTNERSHIP,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **No. 20-00095** |
| | : | |
| **RUBY TUESDAY, INC.,** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this 14th day of July 2020, upon consideration of Defendant's Motion to Dismiss (ECF No. 14) and Plaintiff's Response (ECF No. 15), Defendant's Motion to Dismiss (ECF No. 14) is **DENIED**.

Defendant shall file its Answer to Plaintiff's Second Amended Complaint on or before July 31, 2020.

                                        **BY THE COURT:**

                                        /s/ Chad F. Kenney

                                        **CHAD F. KENNEY, J.**